IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-10855
Summary Calendar
_____


DAVID Q. ATALIG,

                                        Plaintiff-Appellant,

versus

J. WELLS; ROBERTS, Lt.; MURPHY, Lt.;
RUDY CHILDRESS; JUAN SOTO; ALLEN BOOTH;
HAROLD KILLYON; CHARLES TURNBO; JOHN L.
MEGATHLIN,

                                        Defendants-Appellees.


- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:95-CV-278-Y
- - - - - - - - - -
January 4, 1996
Before DAVIS, BARKSDALE, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

    David Q. Atalig appeals the dismissal, with prejudice, for frivolousness of his Bivens[**] complaint. We have reviewed Ataliq's arguments and the record. We conclude that no reversible error occurred. For essentially the same reasons as explained in the district court's order of dismissal, see Ataliq v. Wells, No. 4:95-CV-278-Y (N.D. Tex. Aug. 31, 1995), we

    AFFIRM.

---

    [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

    [**] Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).